IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANGELA FULMER**                                                                                     **PLAINTIFF**

v.                                     Case No. 4:22-cv-00651-KGB-JTK

**Social Security Administration**                                                        **DEFENDANT**
*Commissioner*

## ORDER

Pending before the Court is Plaintiff's Motions to Proceed *In Forma Pauperis* (Doc. No. 1). Plaintiff lists no financial obligations and lists no income or sources of support. Because no information is provided, the Court finds the application incomplete.

The purpose of 28 U.S.C. § 1915 is to ensure that indigent litigants have an entre, not a barrier, to the federal courts. *In re Williamson*, 786 F.2d 1336, 1338 (8th Cir. 1986) (quoting *Souder v. McGuire*, 516 F.2d 820, 823 (3rd Cir. 1975)). Although a claimant need not be "completely destitute" to take advantage of the IFP statute, he or she must show that paying the filing fee would result in an undue financial hardship. *Williamson*, 786 F.2d at 1338.

The Court hereby directs Plaintiff to provide within thirty (30) days of this Order some explanation as to any source(s) of income and/or means of support. Plaintiff's failure to comply within the required period of time may result in summary dismissal.

**IT IS SO ORDERED** this 22nd day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE