IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANGELA FULMER                                                                                   PLAINTIFF

v.                                  Case No. 4:22-cv-00651-JTK

KILOLO KIJAKAZI,                                                                               DEFENDANT
*Acting Commissioner*,
Social Security Administration

## ORDER

Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. (Doc. No. 14) Upon examination of the merits of this case, this Court grants the motion, reverses this case, and remands it to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE