# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

ANGELA FULMER                                                                                    PLAINTIFF

v.                              Case No. 4:22-cv-00651-JTK

KILOLO KIJAKAZI,                                                                                 DEFENDANT
*Acting Commissioner*,
Social Security Administration

## JUDGMENT

Consistent with the Order entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is reversed and remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ORDERED this 3rd day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE