# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

ANGELA FULMER                                                                                       PLAINTIFF

v.                                    Case No. 4:22-cv-00651-JTK

KILOLO KIJAKAZI,                                                                                    DEFENDANT
*Acting Commissioner*,
Social Security Administration

## ORDER

Pending before the Court is Plaintiff Angela Fulmer's Motion for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"). (Doc. No. 17) Ms. Fulmer's requests a total of $4,329.51 (which includes $4,305.81 in fees and $23.70 in expenses). (Doc. No. 17) Defendant does not object to this award. (Doc. No. 19) After careful consideration, the Court finds that Ms. Fulmer should be awarded reasonable attorney's fees.

EAJA fees are payable to plaintiffs, not plaintiffs' attorneys, and such fees are subject to an offset when a plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of Ms. Fulmer, in care of her attorney, will issue to her attorney.

Accordingly, the Motion for Attorney's Fees pursuant to the EAJA (Doc. No. 17) is GRANTED. Ms. Fulmer is awarded $4,329.51.

SO ORDERED THIS 9th day of May, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE